UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHLANDA JOHNSON, on behalf of herself and all similarly situated Aggrieved Employees,<br><br>Plaintiff,<br><br>v.<br><br>LKQ FOSTER AUTO PARTS, INC., a corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | No. 2:15-cv-02413-GEB-AC<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On November 19, 2015, Plaintiff Shlanda Johnson filed an application to proceed without prepayment of fees under 28 U.S.C. § 1915. (See Pl.'s Appl., ECF No. 3.)

Plaintiff's application is incomplete. Plaintiff did not check the "yes" or "no" box in response to question numbers 1 and 2. Therefore, Plaintiff's IFP application is denied without prejudice.

Dated: November 23, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1