UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHLANDA JOHNSON, on behalf of herself and all similarly situated Aggrieved Employees,<br><br>   Plaintiff,<br><br>   v.<br><br>LKQ FOSTER AUTO PARTS, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>   Defendants. | No. 2:15-cv-02413-GEB-AC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's December 3, 2015 "Application to Proceed without Prepayment of Fees and Affidavit," (ECF No. 8), seeking approval under 28 U.S.C. § 1915 to proceed in this case *in forma pauperis* is granted.

Dated: December 3, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1