Katarzyna W. Nowak   [SBN 256977]
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111-3712
Tel:  (415) 490-9000
Fax:  (415) 490-9001
Email: knowak@fisherphillips.com

Nesheba M. Kittling [ISB 6283261] (Admitted *Pro Hac Vice*)
FISHER & PHILLIPS, LLP
10 S. Wacker Dr., Suite 3450
Chicago, IL 60606
Tel:  (312)-346-8061
Fax:  (312)-346-3179
Email: nkittling@fisherphillips.com

Attorneys for Defendant
LKQ FOSTER AUTO PARTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHLANDA JOHNSON, on behalf of herself and all similarly situated Aggrieved Employees<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>LKQ FOSTER AUTO PARTS, INC., a Corporation, LKQ CORPORATION, INC., a Corporation and DOES 1 through 50, inclusive<br><br>　　　　Defendants. | Case No.: 2:15-cv-02413-KJM-AC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT; ORDER**<br><br>Complaint Filed:  11/19/2015<br>Trial Date:  Not Set |

IT IS HEREBY STIPULATED by and between Plaintiff SHLANDA JOHNSON ("Plaintiff") and Defendant LKQ FOSTER AUTO PARTS, INC. ("Defendant"), by and through their counsel, that GOOD CAUSE exists for the Parties' request that the Court grant Defendant a 14 day extension to respond to Plaintiff's Second Amended Complaint, filed on September 12, 2016.  Defendant's responsive pleading will be due October 11, 2016 (or any

date the court orders.)

This Stipulation is not being submitted for the purpose of undue delay or for any improper purpose and will provide the parties an opportunity to explore the possibility of early settlement. In addition, this Stipulation will not impact any existing scheduling dates.

**IT IS SO STIPULATED.**

Dated:  September 21, 2016						By: /s/ Katarzyna W. Nowak
                           FISHER & PHILLIPS LLP
                           Katarzyna W. Nowak
                           Counsel for Defendant
                           LKQ FOSTER AUTO PARTS, INC.,

Dated:  September 21, 2016						By: /s/ Barbara E. Figari
                           THE FIGARI LAW FIRM
                           Barbara E. Figari
                           Counsel for Plaintiff
                           SHLANDA JOHNSON

**ORDER**

GOOD CAUSE appearing, the Court ORDERS as follows:

Defendant's responsive pleading to Plaintiff's Second Amended Complaint will be due October 11, 2016.

**IT IS SO ORDERED.**

DATED: September 27, 2016.

_____
UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT; PROPOSED ORDER