Katarzyna W. Nowak [SBN 256977]
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111-3712
Tel: (415) 490-9000
Fax: (415) 490-9001
Email: knowak@fisherphillips.com

Nesheba M. Kittling [ISB 6283261] (Admitted *Pro Hac Vice*)
FISHER & PHILLIPS, LLP
10 S. Wacker Dr., Suite 3450
Chicago, IL 60606
Tel: (312)-346-8061
Fax: (312)-346-3179
Email: nkittling@fisherphillips.com

Attorneys for Defendants
LKQ FOSTER AUTO PARTS, INC.
LKQ CORPORATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHLANDA JOHNSON, on behalf of herself and all similarly situated Aggrieved Employees<br><br>Plaintiffs,<br><br>vs.<br><br>LKQ FOSTER AUTO PARTS, INC., LKQ CORPORATION, INC.; and DOES 1-50.<br><br>Defendants. | Case No.: 2:15-cv-02413-KJM-AC<br><br>Related Action: 2:16-cv-02175-SB<br><br>**JOINT STIPULATION AND ORDER CONSOLIDATING CASE ACTIONS FOR ALL PURPOSES**<br><br>Complaint Filed: 11/19/2015<br>Trial Date: Not Set |

IT IS HEREBY STIPULATED by and between Plaintiff SHLANDA JOHNSON ("Plaintiff") and Defendants LKQ FOSTER AUTO PARTS, INC. and LKQ CORPORATION, INC. ("Defendants"), that GOOD CAUSE exists for the Parties' request that this Court consolidate the present action with co-pending action *Shlanda Johnson v. LKQ Corporation,*

*Inc.* Case No. 2:16-cv-02175 SB. For the foregoing reasons, this action should be consolidated with the Related Johnson Claim: (1) each case is assigned to two separate judges; (2) there is significant overlap of legal and factual issues concerning, inter alia, Johnson's employment with LKQ Foster Auto Parts; (3) consolidation would avoid the need for duplicative discovery; and (4) consolidation would promote judicial efficiency by lessening the burden on the parties and witnesses, consume less judicial resources than multiple lawsuits running in parallel, reduce the relative expense to all concerned, and not prejudice the Plaintiff.

**IT IS SO STIPULATED.**

Dated: November 7, 2016　　　　　By: /s/ Katarzyna W. Nowak
　　　　　　　　　　　　　　　　　FISHER & PHILLIPS LLP
　　　　　　　　　　　　　　　　　Katarzyna W. Nowak
　　　　　　　　　　　　　　　　　Counsel for Defendants
　　　　　　　　　　　　　　　　　LKQ FOSTER AUTO PARTS, INC.,
　　　　　　　　　　　　　　　　　LKQ CORPORATION, INC.


Dated: November 7, 2016　　　　　By: /s/ Barbara E. Figari
　　　　　　　　　　　　　　　　　THE FIGARI LAW FIRM
　　　　　　　　　　　　　　　　　Barbara E. Figari
　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　SHLANDA JOHNSON

## **ORDER**

GOOD CAUSE appearing, IT IS HEREBY ORDERED that:

1. Johnson v. LKQ Foster Auto Parts, Inc., Case No. 2:15-cv-02413-KJM-AC, and Johnson v. LKQ Corporation, Case No. 2:16-cv-02175 SB, are hereby consolidated for all purposes.
2. All future filings shall reference case number 2:15-cv-02413 KJM AC.
3. The Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this consolidation.

**IT IS SO ORDERED.**

DATED: April 20, 2017.

_____
UNITED STATES DISTRICT JUDGE