Katarzyna W. Nowak   [SBN 256977]
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111-3712
Tel:  (415) 490-9000
Fax:  (415) 490-9001
Email: knowak@fisherphillips.com

Nesheba M. Kittling [ISB 6283261] (Admitted *Pro Hac Vice*)
FISHER & PHILLIPS, LLP
10 S. Wacker Dr., Suite 3450
Chicago, IL 60606
Tel:  (312)-346-8061
Fax:  (312)-346-3179
Email: nkittling@fisherphillips.com

Attorneys for Defendants
LKQ FOSTER AUTO PARTS, INC.
LKQ CORPORATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHLANDA JOHNSON, on behalf of herself and all similarly situated Aggrieved Employees,<br><br>Plaintiffs,<br><br>vs.<br><br>LKQ FOSTER AUTO PARTS, INC., LKQ CORPORATION, INC.; and DOES 1-50.<br><br>Defendants. | Case No.: 2:15-cv-02413-KJM-AC<br><br>Related Action: 2:16-cv-02175-TLN-DB<br><br>**JOINT STIPULATION AND ORDER FOR FILING OF MASTER COMPLAINT, CONTINUANCE OF TRIAL DATE AND RELATED DISCOVERY DEADLINES**<br><br>Complaint Filed:  11/19/2015<br>Trial Date: September 25, 2017 |

IT IS HEREBY STIPULATED by and between Plaintiff SHLANDA JOHNSON ("Plaintiff") and Defendants LKQ FOSTER AUTO PARTS, INC. and LKQ CORPORATION, INC. ("Defendants"), that GOOD CAUSE exists for Plaintiff to file a master complaint incorporating the claims she asserted in Case No. 2:16-cv-02175-TLN-DB and in Case No. 2:15-cv-02413-KJM-AC, and which the Court consolidated on April 20, 2017 under Case No. 2:15-

CV-2413 KJM AC. Plaintiff shall file her master complaint by May 15, 2017, and Defendants shall have thirty (30) days (by or on June 15, 2017), in which to respond to Plaintiff's master complaint.

GOOD CAUSE also exists to continue the current trial date set for September 25, 2017, and all related deadlines, including all pretrial and discovery deadlines, for at least two hundred ten (210) days, or to a date thereafter that is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: May 2, 2017        By: /s/ Katarzyna W. Nowak
                                            FISHER & PHILLIPS LLP
                                            Nesheba M. Kittling
                                            Katarzyna W. Nowak
                                            Counsel for Defendants
                                            LKQ FOSTER AUTO PARTS, INC.,
                                            LKQ CORPORATION, INC.

Dated: May 2, 2017        By: /s/ Barbara E. Figari
                                            THE FIGARI LAW FIRM
                                            Barbara E. Figari
                                            Counsel for Plaintiff
                                            SHLANDA JOHNSON

2
JOINT STIPULATION AND ORDER FOR FILING OF MASTER COMPLAINT,
CONTINUANCE OF TRIAL DATE AND RELATED DISCOVERY DEADLINES

**ORDER**

GOOD CAUSE appearing, the Court ORDERS as follows:

IT IS HEREBY ORDERED that Johnson v. LKQ Corporation, Inc., Case No. 2:16-cv-02175-TLN-DB and Johnson v. LKQ Foster Auto Parts, Inc., and LKQ Corporation, Inc., Case No. 2:15-cv-02413-KJM-AC, consolidated as 2:15-CV-2413 KJM AC, shall adhere to the following:

1) Plaintiff shall file a master complaint consisting of the claims she asserted in Case No. 2:16-cv-02175-TLN-DB and in Case No. 2:15-cv-02413-KJM-AC, and which the Court consolidated on April 20, 2017 under Case No. 2:15-CV-2413 KJM AC, by May 15, 2017.

2) Defendants shall have 30 days (by or on June 15, 2017), in which to respond to Plaintiff's master complaint.

3) The current trial date set for September 25, 2017, and all related deadlines, including all pretrial and discovery deadlines, shall be continued for a period of two hundred ten (210) days. The new scheduling for the case will be reflected in an amended scheduling order to issue.

**IT IS SO ORDERED.**

DATED: May 9, 2017.

_____
UNITED STATES DISTRICT JUDGE