Katarzyna W. Nowak   [SBN 256977]
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111-3712
Tel:   (415) 490-9000
Fax:  (415) 490-9001
Email: knowak@fisherphillips.com

Craig Annunziata (Admitted *Pro Hac Vice*)
Jason D Keck (Admitted *Pro Hac Vice*)
FISHER & PHILLIPS, LLP
10 S. Wacker Dr., Suite 3450
Chicago, IL 60606
Tel:   (312)-346-8061
Fax:  (312)-346-3179
Email: cannunziata@fisherphillips.com
          jkeck@fisherphillips.com

Attorneys for Defendants
LKQ FOSTER AUTO PARTS, INC.
LKQ CORPORATION, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SHLANDA JOHNSON | Case No.: 2:15-cv-02413-KJM-AC |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND ORDER FOR TWO WEEK CONTINUANCE OF SUMMARY JUDGMENT DEADLINE** |
| LKQ FOSTER AUTO PARTS, INC., and DOES 1-50, inclusive. | Complaint Filed:  November 19, 2015 |
| Defendants. | Trial Date:  May 7, 2018 |

JOINT STIPULATION AND ORDER FOR TWO WEEK CONTINUNACE OF SUMMARY JUDGMENT
DEADLINE
FPDOCS 33344255.1

IT IS HEREBY STIPULATED by and between Plaintiff SHLANDA JOHNSON ("Plaintiff") and Defendant LKQ FOSTER AUTO PARTS, INC. ("Defendant") that GOOD CAUSE exists for a two-week extension of time, until November 3, 2017, for Defendant and Plaintiff to e-file any dispositive motion and supporting papers pursuant to Federal Rule of Civil Procedure 56. The Parties are discussing the possibility of settlement and, therefore, believe that continuing the dispositive motion deadline by two weeks will facilitate the Parties' settlement discussion and permit the Parties to devote their respective efforts towards settlement.

Moreover, because the Parties are hereby stipulating to a two-week extension of time, until November 3, 2017, for Defendant and Plaintiff to file and serve any dispositive motion and supporting papers, the Parties further stipulate that responding party's deadline to respond to any dispositive motion shall likewise be extended, to November 17, 2017, and the moving party's deadline to reply, if any, shall be extended until November 27, 2017 (extended because of Thanksgiving Holiday on November 23, 2017).

**IT IS SO STIPULATED.**

Dated: October 16, 2017          By: /s/ Jason D Keck
                                          FISHER & PHILLIPS, LLP
                                          Jason D Keck
                                          Counsel for Defendant
                                          LKQ FOSTER AUTO PARTS, INC

Dated: October 16, 2017          By: /s/ Barbara E. Figari
                                          THE FIGARI LAW FIRM
                                          Barbara E. Figari
                                          Counsel for Plaintiff
                                          SHLANDA JOHNSON

JOINT STIPULATION AND ORDER FOR TWO WEEK CONTINUNACE OF SUMMARY JUDGMENT DEADLINE

FPDOCS 33344255.1

# ORDER

GOOD CAUSE appearing, the Court ORDERS as follows:

IT IS HEREBY ORDERED that:

1)      The Parties' Stipulation for a two-week extension of time to file dispositive motions is approved.

2)      Any dispositive motion shall be filed on or before November 3, 2017.

3)      Any response(s) to any dispositive motion shall be filed on or before November 17, 2017.

4)      Any reply(ies) to any dispositive motion shall be filed on or before November 27, 2017.

5)      Absent further Order, all previously set dates shall stand.

**IT IS SO ORDERED.**

DATED: October 18, 2017.

_____
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER FOR TWO WEEK CONTINUNACE OF SUMMARY JUDGMENT DEADLINE

FPDOCS 33344255.1