BARBARA E. FIGARI (SBN 251942)
**THE FIGARI LAW FIRM**
117 East Colorado Boulevard, Suite 600
Pasadena, CA 91105
Telephone: (626) 486-2620
Facsimile: (877) 459-3540
Email: barbara@figarilaw.com

Attorney for Plaintiff SHLANDA JOHNSON

Craig Annunziata (Admitted *Pro Hac Vice*)
Jason D Keck (Admitted *Pro Hac Vice*)
FISHER & PHILLIPS, LLP
10 S. Wacker Dr., Suite 3450
Chicago, IL 60606
Tel: (312)-346-8061
Fax: (312)-346-3179
Email: cannunziata@fisherphillips.com
       jkeck@fisherphillips.com

Attorneys for Defendants
LKQ FOSTER AUTO PARTS, INC.
LKQ CORPORATION, INC.

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHLANDA JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LKQ FOSTER AUTO PARTS, INC., LKQ CORPORATION, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 2:15-cv-02413-KJM-AC<br><br>**JOINT STIPULATION AND ORDER FOR THIRTY-FIVE DAY CONTINUANCE OF SUMMARY JUDGMENT AND DISCOVERY CUT-OFF DEADLINES WHILE PARTIES ENGAGE IN MEDIATION**<br><br>Complaint Filed: November 19, 2015<br>Trial Date: May 7, 2018 |

-1-

JOINT STIPULATION AND ORDER FOR THIRTY-FIVE DAY CONTINUANCE OF SUMMARY
JUDGMENT AND DISCOVERY CUT-OFF DEADLINES
WHILE PARTIES ENGAGE IN MEDIATION

FPDOCS 33395787.1

IT IS HEREBY STIPULATED by and between Plaintiff SHLANDA JOHNSON ("Plaintiff") and Defendant LKQ FOSTER AUTO PARTS, INC. ("Defendant") that GOOD CAUSE exists for an additional thirty-five (35) day extension of time, until December 8, 2017, for Defendant and Plaintiff to e-file any dispositive motion and supporting papers pursuant to Federal Rule of Civil Procedure 56. The Parties have agreed to attend mediation, and, therefore, believe that continuing the dispositive motion deadline by thirty-five days will facilitate the Parties' ability to attend mediation and permit the Parties to devote their respective efforts towards settlement.

Moreover, because the Parties are hereby stipulating to a thirty-five day extension of time, until December 8, 2017, for Defendant and Plaintiff to file and serve any dispositive motion and supporting papers, the Parties further stipulate that responding party's deadline to respond to any dispositive motion shall likewise be extended, to December 22, 2017, and the moving party's deadline to reply, if any, shall be extended until January 5, 2018 (extended because of Christmas and New Year's holidays).

The Parties further stipulate to extend discovery cut-off in this case by a period of thirty days, to January 17, 2018, in order to further facilitate settlement and progress at mediation.

Finally, Counsel for Plaintiff wishes to apprise the Court that, should the case not resolve at mediation, Plaintiff's counsel will be seeking a 45-day trial continuance due to pregnancy. Counsel is presently due March 2, 2018, and should the case not resolve, respectfully requests a 45-day trial continuance in order to be able to return to work from maternity leave and properly prepare for trial in the event the case does not resolve at mediation or is not disposed of on summary judgment. Counsel for Defendant does not oppose this request should Plaintiff make it.

-2-

JOINT STIPULATION AND ORDER FOR THIRTY-FIVE DAY CONTINUANCE OF SUMMARY
JUDGMENT AND DISCOVERY CUT-OFF DEADLINES
WHILE PARTIES ENGAGE IN MEDIATION

FPDOCS 33395787.1

**IT IS SO STIPULATED:**

Dated: October 30, 2017                     Counsel for Plaintiff:

**THE FIGARI LAW FIRM**


/s/ Barbara E. Figari

BARBARA E. FIGARI, ESQ.
Attorney for Plaintiff

Dated: October 30, 2017                     Counsel for Defendant

**FISHER & PHILLIPS LLP**


/s/ Jason Keck, Esq.

By: JASON KECK, ESQ.
Attorney for Defendant

JOINT STIPULATION AND ORDER FOR THIRTY-FIVE DAY CONTINUANCE OF SUMMARY
JUDGMENT AND DISCOVERY CUT-OFF DEADLINES
WHILE PARTIES ENGAGE IN MEDIATION

FPDOCS 33395787.1

# ORDER

The parties jointly request (ECF No. 67) to amend dates in the amended status (pretrial scheduling) order (ECF No. 50). Good cause appearing, the court GRANTS this request. In light of the parties' request, the court will hold defendant's motion to stay (ECF No. 56) in abeyance pending a report from the parties regarding the outcome of their mediation attempts.

| Description | Existing Date | New Date |
| --- | --- | --- |
| Discovery Cutoff | December 15, 2017 | January 17, 2018 |
| Expert Disclosures | December 15, 2017 | January 17, 2018 |
| Supplemental Expert Disclosures | January 5, 2018 | February 7, 2018 |
| Completion of Expert Discovery | January 19, 2018 | February 21, 2018 |
| All Dispositive Motions Hearing Date | December 4, 2017 (ECF Nos. 65–66) | December 8, 2017 (filed); December 22, 2017 (response); January 5, 2018 (reply). **Heard by January 12, 2018.** |
| File Joint Pretrial Conference Statement | March 2, 2018 | VACATED to be reset as needed. |
| Final Pretrial Conference | March 23, 2018 | VACATED to be reset as needed. |
| Trial Briefs Due | April 23, 2018 | VACATED to be reset as needed. |
| Trial | May 7, 2018 | VACATED to be reset as needed. |

This amendment does not alter any other portions of the amended status (pretrial scheduling) order (ECF No. 50).

IT IS SO ORDERED.

DATED: November 3, 2017.

_____
UNITED STATES DISTRICT JUDGE

-4-

JOINT STIPULATION AND ORDER FOR THIRTY-FIVE DAY CONTINUANCE OF SUMMARY
JUDGMENT AND DISCOVERY CUT-OFF DEADLINES
WHILE PARTIES ENGAGE IN MEDIATION

FPDOCS 33395787.1